
FILED
CLERK U.S. DISTRICT COURT
JUN - 1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:17-MJ-1363 |
| Cesar Angel Saucedo, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defense_, IT IS ORDERED that a detention hearing is set for _June 6_, _2017_, at _1:00_ ☐a.m. ☑p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _20, 3rd Floor, 312 N. Spring St., LA, CA 90012_

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _6/1/17_

_____
U.S. District Judge/Magistrate Judge